IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No. 09-MJ-00146-DLW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAWN LAATE,

Defendant.

---

## ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

A Judgment was entered in this matter on November 10, 2009 as a part of the terms of the Judgment, the Court suspended $2,000.00 of the fine it imposed provided (1) that the Defendant not enter the Canyon of the Ancients National Monument for a period of 1 year and (2) that the Defendant write letters of apology to local newspapers, reviewed and approved by the BLM Ranger, and published at the expense of the Defendant.

**IT IS HEREBY ORDERED** the Court hereby determines that the Defendant has complied with the terms of the Judgment and that the Defendant has completed her monetary obligations to the Court.

**DATED: March 8, 2011.**

BY THE COURT:

s/David L. West
United States Magistrate Judge

1